**Order filed January 25, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01135-CV
_____

## IN RE AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY AND AMERICAN NATIONAL LLOYDS INSURANCE COMPANY, Relator

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause Nos. 11CV0882 and 11CV0882-A**

## ORDER

On December 18, 2012, relators filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relators ask this Court to order The Honorable Susan Criss, Judge of the 212th District Court of Galveston County, Texas, to set aside her order dated December 5, 2012, entered in trial court cause number 11CV0882,[1] styled *Jennifer Avery, Individually and as Representative of the Estate of Brittiany Yuchnewicz v. Jonathan Hammond, Larry Hammond, and Terrie*

---

[1] After the plea to the jurisdiction was denied, the trial court entered an order of severance.

*Hammond*. Relators assert that the trial court abused its discretion in denying their plea to the jurisdiction. On January 24, 2013, relators filed in this court an emergency motion for stay of the proceedings in the trial court.

It appears from the facts stated in the petition and motion to stay that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER that the proceedings of the court below be stayed only as to the claims against American National County Mutual Insurance Company and American National Lloyds Insurance Company in trial court cause numbers 11CV0882 and 11CV0882-A, styled *Jennifer Avery, Individually and as Representative of the Estate of Brittiany Yuchnewicz v. Jonathan Hammond, Larry Hammond, and Terrie Hammond*. The proceedings as they relate to such claims are stayed until final decision by this Court of relators' petition for writ of mandamus, or until further orders of this Court.


PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.